ACCEPTED
06-14-00108-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/12/2015 10:01:23 AM
DEBBIE AUTREY
CLERK

No. 06-14-00108-CV

COURT OF APPEALS
SIXTH DISTRICT OF TEXAS
Texarkana, Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/12/2015 11:52:00 AM
DEBBIE AUTREY
Clerk

MICHAEL AND DIANE WEAKS
*APPELLANT(S)*

VS.

FIRST HORIZON HOME LOANS A DIVISION OF
FIRST TENNESSEE BANK NATIONAL ASSOCIATION
*APPELLEE*

Appeal from the County Court at Law Number One (1)

Hunt County, Texas

Honorable Timothy S. Linden

Case Number: CC1400136

## AGREED MOTION TO ABATE

Christopher S. Ferguson
SBN 24069714
JACK O'BOYLE & ASSOCIATES
P.O. Box 815369
Dallas, Texas 75381
972.247.0653
Fax 972.247.0642
chris@jackoboyle.com
ATTORNEY FOR APPELLEE

## AGREED MOTION TO ABATE

Come now Appellant and Appellee and files this, their Agreed Motion to Abate, and would respectfully show the Court as follows:

1.  Appellants are Michael and Diane Weaks.  Appellee is First Horizon Home Loans A Division Of First Tennessee Bank National Association.

2.  This is an appeal of a forcible detainer action brought as cause number CC1400136 in the County Court at Law Number 1 of Hunt County, Texas wherein the Appellee was awarded possession of the Subject Property known as 2230 Cam Drive AKA 4376 CR 3131, Lone Oak, Texas 75453.

3.  The parties have entered settlement negotiations and wish to abate this appeal pending conclusion of said negotiations.

## PRAYER

For these reasons, the parties request that this honorable Court abate the present appeal until such time either party further moves, with good cause, this Court to vacate its order to abate and proceed with the appeal.

Respectfully Submitted,

LAW OFFICE OF PEMBERTON
GREEN NEWCOMB AND WEIS
Attorney for Appellant

Larry Green, Jr.
SBN 00792545

JACK O'BOYLE & ASSOCIATES
Attorney for Appellee

/s/Christopher S. Ferguson
Christopher S. Ferguson
SBN 24069714
P.O. Box 815369
Dallas, Texas 75381
Phone:  972.247.0653
Fax: 972.247.0642

2

**APPELLANT:**
MICHAEL AND DIANE WEAKS
        Represented by:


        LAW OFFICE OF PEMBERTON GREEN
        NEWCOMB AND WEIS
        2507 Washington Street
        Greenville, TX 75401
        P: (903)455-1876
        F: (903)455-1710
        E: lgreenjr@pgnwlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following counsel and/or pro se parties of record, in accordance with Texas Rule of Appellate Procedure 9.5, on the date shown.

Dated: February 11, 2015

/s/Chris Ferguson
Chris Ferguson

4